CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 1/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

'10 APR 30 P2:18
FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

Eric Chism

_____

(Full name of the Plaintiff(s) in this action)

v.

Christain County Jail
Brad Boyd
Medical Staff

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:10CV-88-R
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

I.   **PARTIES**

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Eric Chism

Place of Confinement: Christain County Jail

Address: 410 West 7th St Hopkinsville Ky 42240

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: NA

Place of Confinement: NA

Address: __NA__

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: __NA__

Place of Confinement: __NA__

Address: __NA__

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the **first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank.** Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Bead Boyd__ is employed as __Jailer__ at __Christain County Jail__.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.


    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _NA_____

        Defendant(s): _NA_____

    Court (if federal court, name the district. If state court, name the county): _NA_____

Docket number: _NA_____

Name of judge to whom the case was assigned: _NA_____

Type of case (for example, habeas corpus or civil rights action): _NA_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _NA_____

Approximate date of filing lawsuit: _NA_____

Approximate date of disposition: _NA_____

### III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

First, I think my right for freedom of speech or action concerning my health is my right, being respectful as I speak and being concern about my wellbeing.

JAN-19- I injure my leg in the Gym at the Christian County Jail. JAN-20- I reported my injure, they said it was a bad sprain, recommended ice and ibuprofen "800".

JAN-28- I seen the doctor he recommend to see the doctor at Jennie Stuart to get X-rays, I came back to the jail but did not hear for no one for 25 days, until I seen Joseph Mesa in Madisonville, Ky. I stayed in pain for all that time. Feb-23- Dr. Mesa recommended emergency pain med. and recommended surgery for some day in March. But rescheduled and they wouldn't tell me what day, because of security reason. Some day in March suppose to have surgery but I had to go to court, and I ask them to have surgery, but they said it would be some weeks before I can have surgery. So I said if I get out, I would have surgery. March 15, 2010, I didn't

III. STATEMENT OF CLAIM(S) continued

get out or wasn't release. March 16, 2010, I tryed to setup another surgery date, I didn't hear anything for weeks. Sometime in April, Joseph Mesa, the doctor I went to see him again, He said it was to late for the same surgery as before. He said it would be a chronic surgery due to the jail waiting so long. I got refer to another doctor. April 22, I seen another doctor he said that I need a sport medical Doctor. Like Dr. Mesa said and I am still hurting bad and I can't walk right as of today, Plus they move me expecting me to get up on the top bunk, so I got to sleep on the floor because of my condition.

IV. **RELIEF**

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ _1 million_

✓ grant injunctive relief by _probation because of my condition_

✓ award punitive damages in the amount of $_200,000 for the future bills_

____ other: ____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _27th_ day of _April_, 20_10_.

_Eric Chism_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_Declined to sign the officer_
(Signature)

6



Eric Chism
% C.C.J
410 West 7th St.
Hopkinsville Ky 42240

United States District Court
Room 127 Federal Building
501 Broadway
Paducah Ky 42001-6801

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240